# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00321-CR

**Dyrell McFarlin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-10-201191, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Dyrell McFarlin has filed a motion to dismiss by withdrawing his notice of appeal. McFarlin's motion to withdraw his notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   August 5, 2011

Do Not Publish